

**DORSEY**
DORSEY & WHITNEY LLP

ZACHARY W. CARTER
(212) 415-9345
FAX (212) 953-7201
carter.zachary@dorsey.com

June 27, 2005

RECEIVED
In Chambers of
U.S.D.J. Gershon

**VIA MESSENGER**

The Honorable Nina Gershon
United States District Judge
United States Courthouse for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

F I L E D
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.

★ JUL 6 2005 ★

TIME A.M._____
P.M._____

Re: United States v. Abraham Kahan, 05-240

Dear Judge Gershon:

    I am writing on behalf of my client, Abraham Kahan, to request a modification of Mr. Kahan's conditions of pretrial release. Currently, Mr. Kahan is permitted to travel throughout New York and New Jersey. Since his arrest and initial appearance, the Court has permitted Mr. Kahan to travel twice to Israel and once to Florida to visit relatives. Mr. Kahan's assigned Pretrial Services Officer, Thomas Bridges, reports that Mr. Kahan has been in full compliance with his reporting obligations in connection with his travel and otherwise. Mr. Kahan requests modification of his pretrial conditions of release to permit him to travel throughout Pennsylvania and Connecticut for business, as well as take one trip to Florida during either July or August 2005 to visit his grandparents. Mr. Kahan will submit his travel itinerary to his pretrial services officer and obtain approval before making the trip to Florida if the Court approves this modification.

    My colleague, Seth Waxman, has spoken to AUSA Carrie Capwell and Mr. Kahan's pretrial supervision officer, Thomas Bridges, both whom consent to these requested modifications. Thank you for your consideration of this request.

Sincerely,

Zachary W. Carter

On Consent.

6-29-05

cc: AUSA Carrie Capwell
    Pretrial Services Officer Thomas Bridges

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA CANADA EUROPE ASIA