

ZACHARY W. CARTER
(212) 415-9345
FAX (212) 953-7201
carter.zachary@dorsey.com

December 5, 2006

**BY HAND**

The Honorable Nina Gershon
United States District Judge
United States Courthouse for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **United States v. Abraham Kahan**, 05-240

Dear Judge Gershon:

    I am writing on behalf of my client, Abraham Kahan, to request that sentencing in the above-referenced case currently scheduled for December 19, 2006 be adjourned to a date in late January 2007 or early February 2007. This adjournment is needed so Mr. Kahan can complete his personal and corporate 2005 tax returns, which are required by the United States Probation Department (the "Probation Department") for the pre-sentence report.

    Mr. Kahan has already submitted to the Probation Department most of the forms and supporting documentation that are required for the pre-sentence report, but he continues to work with his accountant and counsel to complete his personal and corporate 2005 tax returns. One factor that has complicated this process is the fact that the Federal Bureau of Investigation seized Healthstar's corporate records when it executed a search warrant in this case. Thus, Mr. Kahan has been working diligently to complete Healthstar's 2005 tax returns based on documents that were copied during discovery in this case and documents that are in his accountant's possession. We expect this process to be completed by the end of the year.

    My colleague, Seth Waxman, has spoken to AUSA Carrie Capwell and Probation Department Officer Mark Gjelaj who have voiced no objection to this request.

*[Handwritten note: Sentencing adjourned to February 9, 2007 @ 2:30pm. Letter & Case Managers to Judge Gershon]*

Sincerely,

Zachary W. Carter

cc:  AUSA Carrie Capwell
       Probation Officer Mark Gjelaj

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA  CANADA  EUROPE  ASIA

4810-5208-7041\1 12/5/2006 10:56 AM